IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GENE GOEHRING,

    Plaintiff,

vs.                      Civil Action No. 04-2680 Ma V

FEDEX KINKO'S OFFICE and
PRINT SERVICES, INC., previously
known as KINKO'S, INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF PLAINTIFF'S EXPERT DISCOVERY DEADLINES

Before the Court is the Unopposed Motion of Plaintiff For Extension of Plaintiff's Expert Discovery Deadline until June 15, 2005, and Defendant's Expert Discovery Deadline until July 29, 2005. For good cause shown, the motion is GRANTED.

It is so ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*

Date: May 3, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02680 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jennifer H Keaton
ELARBEE THOMPSON SAPP & WILSON LLP
800 International Tower
220 Peachtree St N.E.
Atlanta, GA 30303

Kelly Michael Hundley
ELARBEE THOMPSON & TRAPNELL
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT