UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 3: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GENE GOEHRING,

**PLAINTIFF**

v.

CASE NO. 04-CV-2680-Ma V

FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. previously known as KINKO'S, INC.,

**DEFENDANT**

## ORDER GRANTING WITHDRAWAL OF COUNSEL

WHEREAS, Kelly M. Hundley and Jennifer H. Keaton seek to withdraw as counsel in the instant matter; and

WHEREAS, no party will be prejudiced by their withdrawal as counsel; and

WHEREAS, a substitution of lead counsel has previously been made by Michael Gabel's Notice of Appearance;

The Motion for Leave to Withdraw as Counsel is GRANTED.

IT IS SO ORDERED this 7th day of September, 2005.

_Diane K. Vescovo_
The Honorable ~~Samuel H. Mays~~ Diane K Vescovo
U.S. ~~District Court~~ Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-13-05

20



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02680 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jennifer H Keaton
ELARBEE THOMPSON SAPP & WILSON LLP
800 International Tower
220 Peachtree St N.E.
Atlanta, GA 30303

Kelly Michael Hundley
ELARBEE THOMPSON & TRAPNELL
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

Michael E. Gabel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg B, 2nd Floor
Memphis, TN 38125--880

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT