IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 2: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GENE GOEHRING,

    Plaintiff,

VS.                              NO. 04-2680-MaV

FEDEX KINKO'S OFFICE AND PRINT
SERVICES, INC., f/k/a KINKO'S, INC.,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

Pursuant to the August 1, 2005, joint motion of the parties to amend the deadlines in this matter, the court held a conference on September 1, 2005. Participating by telephone on behalf of the plaintiff was Don Donati. Participating on behalf of the defendant was Mike Gabel. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing mediation is November 30, 2005.

2. The deadline for completing discovery is December 30, 2005.

3. The deadline for filing potentially dispositive motions is January 31, 2006.

4. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on April 6, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-15-05_

22

5. A pretrial conference will be held on Thursday, April 13, 2006, at 1:30 p.m.

6. The jury trial is **reset** to Monday, April 24, 2006, at 9:30 a.m. and is expected to take 4 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of September, 2005.

/s/ Samuel H. Mays, Jr.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02680 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Michael E. Gabel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg B, 2nd Floor
Memphis, TN 38125--880

Honorable Samuel Mays
US DISTRICT COURT